UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| ANN PYLE, on behalf of herself and all other similarly situated, Plaintiffs, vs. UNITY HOSPICE MANAGEMENT, INC., Defendant. | Case No. 1:15-cv-05228 |

### STIPULATION OF DISMISSAL

Plaintiff ANN PYLE ("Plaintiff") and Defendant UNITY HOSPICE MANAGEMENT, INC. ("Defendant") hereby stipulate and agree to the dismissal of the action, with prejudice, in its entirety and without costs to either party, and with each party bearing its own attorneys' fees. Each party is barred from seeking the collection of its legal fees and costs from the other.

Dated: November 11, 2015

**Stipulated and agreed to by:**

| **Ann Pyle** | **Unity Hospice Management, Inc.** |
|---|---|
| By: /s/ Terrence Buehler | By: /s/ Douglas A. Hass |
| Touhy, Touhy & Buehler LLP | DLA Piper LLP |
| | |
| Terrence Buehler | Douglas A. Hass |
| Touhy, Touhy & Buehler, LLP | DLA Piper LLP |
| 55 W. Wacker Drive Suite 1400 | 203 North LaSalle Street, ste 1900 |
| Chicago IL 60601 | Chicago, IL 60601 |
| (312) 372-2209 | (312) 368-3458 |

Peter Lubin
Vincent DiTommaso
DiTommaso-Lubin P.C.
17W 220 22nd Street, Suite 200
Oakbrook Terrace, Illinois 60181
(630) 333-0000

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing STIPULATION OF DISMISSAL was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) on this 11th Day of November, 2015, to all counsel currently of record.


        /s/Terrence Buehler_____